WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Andrea B. Schwartz, Esq.
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :    Case No. 19-23802 (RDD)
                                                   :    Jointly Administered
AGERA ENERGY, LLC, et al.,                         :
                                                   :
                        Debtors.                   :
-----------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Agera Energy, LLC and its affiliated debtors-in-possession:

1.   Satori Energy Solutions, LLC
     300 S. Wacker Drive
     Suite 800
     Chicago, IL  60606
     Attn: David Wiers, President
     dwiers@satorienergy.com

    2.    EMEX, LLC
11011 Richmond Avenue
Suite 500
Houston, TX  77042
Attn: Kevin R. McAlpin, VP and General Counsel
mcalpin.k@emexllc.com

    3.    Richard Cooperberg
65 Margaret Avenue
Lawrence, New York 11559
richiecoop22@gmail.com

Dated: New York, New York
October 11, 2019

    Sincerely,

    WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

    By:    */s/ Andrea B. Schwartz*
Andrea B. Schwartz
Trial Attorney