**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile:  (212) 547-5444

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AGERA ENERGY LLC, *et al.*,[1] | ) | Case No. 19-23802 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON OCTOBER 18, 2019 AT 2:00 P.M.

Time & Date of Hearing:  October 18, 2019 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors'
proposed notice and claims agent, Stretto, at
http://cases.stretto.com/agera.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

I.   **MOTIONS GOING FORWARD:**

1.   ***Sale and Bidding Procedures Motion***.  Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving Stalking Horse Asset Purchase Agreement and Bid Protections, (C) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (D) Approving Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, (E) Scheduling Auction for, and Hearing to Approve, Sale of the Agera Opco Entities' Assets; (II)(A) Approving the Sale of the Agera Opco Entities' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; And (III) Granting Related Relief [Docket No. 16].

Objection Deadline:  **October 11, 2019 at 12:00 p.m. (prevailing Eastern Time)**.

Related Documents: None.

Responses Received:  Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures Relating to the Sale Of Debtors' Assets, (B) Approving Stalking Horse Asset Purchase Agreement and Bid Protections, (C) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (D) Approving Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, (E) Scheduling Auction for, and Hearing to Approve, Sale of the Agera Opco Entities' Assets; (II)(A) Approving the Sale of the Agera Opco Entities' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (II) Granting Related Relief [Docket No. 97].

**Status: This matter is going forward.**

Dated: October 17, 2019
New York, NY

**MCDERMOTT WILL & EMERY LLP**

/s/ Darren Azman
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, NY 10173
Telephone:  (212) 547-5615
Facsimile:  (212) 547-5444
Email: dazman@mwe.com
       rvohra@mwe.com

*Proposed Counsel to the Debtors
and Debtors in Possession*