Adjourned Hearing Date and Time: November 5, 2019 at 10:00 a.m. (Eastern Time)

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile:  (212) 547-5444

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AGERA ENERGY LLC, *et al.*,[1] | ) ) | Case No. 19-23802 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE THAT** the hearing (the "Creditor Sealing Motion Hearing") to consider the *Debtors' Motion for Entry of an Order Authorizing (I) the Debtors to Redact Certain Personally Identifiable and Commercially Sensitive Information from Court Filings and (II) the Debtors' Claims and Noticing Agent to Withhold Publication of Claims filed by Certain Individuals* [Docket No. 19] (the "Creditor Sealing Motion"), that is presently scheduled for October 21, 2019 at 10:00 a.m. (prevailing Eastern Time) is now scheduled, with the permission of the Court, for **November 5, 2019 at 10:00 a.m. (prevailing Eastern Time)**;

**PLEASE TAKE FURTHER NOTICE THAT** the hearing (the "APA Sealing Motion Hearing") to consider the *Debtors' Motion for Entry of An Order Granting Leave to File the*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

*Unredacted Stalking Horse APA Under Seal* [Docket No. 20] (the "APA Sealing Motion"), that is presently scheduled for October 21, 2019 at 10:00 a.m. (prevailing Eastern Time) is now scheduled, with the permission of the Court, for **November 5, 2019 at 10:00 a.m. (prevailing Eastern Time)**;

**PLEASE TAKE FURTHER NOTICE THAT** the Creditor Sealing Motion and the APA Sealing Motion Hearing will be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601;

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to the Creditor Sealing Motion and the APA Sealing Motion, October 11, 2019 (the "Objection Deadline"), has passed unless such deadline was otherwise extended with the consent of the Debtors; and

**PLEASE TAKE FURTHER NOTICE** that copies of the Creditor Sealing Motion and the APA Sealing Motion may be obtained free of charge by visiting the website of Stretto at http://cases.stretto.com/agera.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  October 17, 2019
New York, New York

**MCDERMOTT WILL & EMERY LLP**

/s/ Darren Azman
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, NY 10173
Telephone:  (212) 547-5615
Facsimile:   (212) 547-5444
Email: dazman@mwe.com
         rvohra@mwe.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

2