UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                                      :

Agera Energy LLC, *et al.*,[1]                               Chapter 11
                                                                      :

                                                                        :          Case No. 19-23802 (RDD)

                                                                        :

                Debtors.                              :          (Jointly Administered)

                                                                        :

                                                                        :
------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Troutman Sanders LLP hereby appears as counsel for Iroquois Gas Transmission System, L.P., and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following addresses and facsimile numbers:

| | |
|---|---|
| Brett D. Goodman<br>**TROUTMAN SANDERS LLP**<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Email: brett.goodman@troutman.com | Harris B. Winsberg<br>Matthew G. Roberts<br>**TROUTMAN SANDERS LLP**<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, GA 30308<br>Tel: (404) 885-3000<br>Fax: (404) 885-3900<br>Email: harris.winsberg@troutman.com<br>Email: matthew.roberts2@troutman.com |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749). The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

40466980

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtors.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in these cases.</u>

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signature on following page*]

40466980

Dated: New York, New York.
October 29, 2019

TROUTMAN SANDERS LLP

By: */s/ Brett D. Goodman*
    Brett D. Goodman
    875 Third Avenue
    New York, NY 10022
    212.704.6000

    -and-

    Harris B. Winsberg
    Matthew G. Roberts
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA 30308-2216
    404.885.3000

*Attorneys for Iroquois Gas Transmission System, L.P.*