**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile: (212) 547-5444

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AGERA ENERGY LLC, *et al.*,[1] | ) ) ) | Case No. 19-23802 (RDD) |
| Debtors. | ) ) | (Jointly Administered) |

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that pursuant to the *Order (I)(A) Approving Bidding Procedures Relating to the Sale of Debtors' Assets, (B) Approving Stalking Horse Asset Purchase Agreement and Bid Protections, (C) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (D) Approving Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, (E) Scheduling Auction For, and Hearing to Approve, Sale of the Debtors' Assets and (II) Granting Related Relief* [Docket No. 116] (the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749). The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

"Bidding Procedures Order"),[2] an auction was scheduled to be held on November 4, 2019 at 10:00 a.m. (ET) (the "Auction").

**PLEASE TAKE FURTHER NOTICE** that other than the Stalking Horse Bid, no other third party bids were received. In accordance with the Bidding Procedures Order, there is no need for an Auction and, therefore, the Auction is cancelled.

| | |
|---|---|
| Dated: November 2, 2019<br>New York, New York | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ Darren Azman<br>Timothy W. Walsh<br>Darren Azman<br>Ravi Vohra<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5615<br>Facsimile: (212) 547-5444<br>Email: dazman@mwe.com<br>       rvohra@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bidding Procedures Order