**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile: (212) 547-5444

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AGERA ENERGY LLC, *et al.*,[1] | ) ) | Case No. 19-23802 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING ASSUMPTION OF THE AMENDED RESTRUCTURING SUPPORT AGREEMENT TERM SHEET

**PLEASE TAKE NOTICE** that Agera Energy LLC and the above-captioned debtors, as debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (these "Chapter 11 Cases"), hereby withdraw the *Debtors' Motion for Entry of an Order Authorizing and Directing Assumption of the Amended Restructuring Support Agreement Term Sheet* (the "RSA Motion"), dated October 11, 2019 [ECF No. 71].

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749). The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

| | |
|---|---|
| Dated: November 6, 2019<br>New York, New York | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ Darren Azman<br>Timothy W. Walsh<br>Darren Azman<br>Ravi Vohra<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone:  (212) 547-5615<br>Facsimile:   (212) 547-5444<br>Email: dazman@mwe.com<br>           rvohra@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |