**McDermott Will & Emery LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile: (212) 547-5444

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AGERA ENERGY LLC, *et al.*,[1] | ) ) ) | Case No. 19-23802 (RDD) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 16, 2019 AT 2:00 P.M.**

Time & Date of Hearing:  December 16, 2019 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Stretto, at http://cases.stretto.com/agera.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749). The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

**I. CONTESTED MATTERS GOING FORWARD**

1. ***KEIP Motion.*** Motion for Entry of an Order Approving Key Employee Incentive Plan [Docket No. 69].

    Objection Deadline: October 29, 2019 at 4:00 p.m. (prevailing Eastern Time).

    Related Documents:

    A. Notice of Filing of Exhibit D to the Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [Docket No. 119].

    B. Notice of Continued Hearing on Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [Docket No. 250].

    C. Notice of Filing of Amended Key Employee Incentive Plan Term Sheet [Docket No. 265].

    Formal Responses Received:

    A. Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [Docket No. 153].

    B. United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [Docket No. 176]

    Status: This matter is going forward.

2. ***TFS Administrative Expense Motion***. TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 246].

    Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

    Related Documents: None.

    Formal Responses Received:

    A. Debtor's Objection to TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 283].

    B. Statement of the Official Committee of Unsecured Creditors Regarding TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 284].

    C.    Debtors' Limited Response to Statement of the Official Committee of Unsecured Creditors Regarding TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 304].

Status:  This matter is going forward.

## II. RESCHEDULED MATTERS

    3.    ***Settlement Procedures Motion***. Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 266].

    Original Objection Deadline:  December 13, 2019 at 4:00 p.m. (prevailing Eastern Time).

    Revised Objection Deadline:  January 20, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Related Documents:

    A.    Motion to Shorten Time with Respect to Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 267].

    B.    Notice of Rescheduling of Hearing on Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 299].

    Formal Responses Received:  None.

Status:  This matter was rescheduled to the January 27, 2020 omnibus hearing date.

| | |
|---|---|
| Dated: December 12, 2019<br>New York, NY | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ Darren Azman<br>Timothy W. Walsh<br>Darren Azman<br>Ravi Vohra<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5615<br>Facsimile: (212) 547-5444<br>Email: dazman@mwe.com<br>        rvohra@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |