**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile: (212) 547-5444

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGERA ENERGY LLC, *et al.*,[1] | ) | Case No. 19-23802 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 29, 2020 AT 2:00 P.M.**

Time & Date of Hearing:  January 29, 2020 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Stretto, at http://cases.stretto.com/agera.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749). The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

[2] *Changes from the original* **Notice of Agenda of Matters Scheduled for Hearing on January 29, 2020 at 2:00 p.m. [Docket No. 419]** *are noted in bold and italic print herein*.

**I. MATTERS WITH CERTIFICATES OF NO OBJECTION**

1. *Settlement Procedures Motion*. Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 266].

   Original Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Revised Objection Deadline: January 22, 2020 at 4:00 p.m. (prevailing Eastern Time).

   Related Documents:

   A. Motion to Shorten Time with Respect to Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 267].

   B. Notice of Rescheduling of Hearing on Debtors' Motion for Entry of an Order Establishing Procedures for Settling Certain Claims Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) *Nunc Pro Tunc* to the Petition Date [Docket No. 299].

   C. Notice of Rescheduled Omnibus Hearing Date and Time [Docket No. 373].

   Formal Responses Received: None.

   Status: A Certificate of No Objection has been filed [Docket No. 405].

**II. CONTESTED MATTERS GOING FORWARD**

2. *TFS Administrative Expense Motion*. TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 246].

   Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Related Documents:

   A. Amended Notice of Hearing in Connection with Motion by TFS Energy Solutions LLC for Allowance and Payment of Administrative Claim [Docket No. 308].

      B.      Notice of Rescheduled Omnibus Hearing Date and Time [Docket No. 373].

Formal Responses Received:

      A.      Debtor's Objection to TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 283].

      B.      Statement of the Official Committee of Unsecured Creditors Regarding TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 284].

      C.      Debtors' Limited Response to Statement of the Official Committee of Unsecured Creditors Regarding TFS Energy Solutions, LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 304].

      D.      ***TFS Energy Solutions LLC's (A) Response in Support of Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. Sec. 503(b)(1)(A), and (B) Joinder in EMEX LLC's Response [Docket No. 420].***

Status:  This matter is going forward.

3.    ***EMEX Administrative Expense Motion***.  EMEX LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 317].

Objection Deadline:  January 22, 2020 at 4:00 p.m. (prevailing Eastern Time).

Related Documents:

      A.      Notice of Rescheduled Omnibus Hearing Date and Time [Docket No. 373].

      B.      Declaration of Mark Linzenbold in Support of Debtors' Objection to EMEX LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 398].

Formal Responses Received:

      A.      Debtor's Objection to EMEX LLC's Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 392].

    B.    EMEX LLC's Response in Support of Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) [Docket No. 413].

    <u>Status</u>:  This matter is going forward.

4.    ***Motion to Extend Exclusivity Periods***.  Debtors' Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Bankruptcy Code Section 1121 [Docket No. 374].

    <u>Objection Deadline</u>:  January 22, 2020 at 4:00 p.m. (prevailing Eastern Time)

    <u>Related Documents</u>:  None

    <u>Formal Responses Received</u>:

    A.    Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Bankruptcy Code Section 1121 [Docket No. 397].

    B.    ***Debtors' Reply to the Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Bankruptcy Code Section 1121 [Docket No. 423].***

    <u>Status</u>:  This matter is going forward.

Dated: January 28, 2020
      New York, NY

**McDermott Will & Emery LLP**

/s/ *Darren Azman*
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5615
Facsimile: (212) 547-5444
Email: dazman@mwe.com
       rvohra@mwe.com

*Counsel to the Debtors and Debtors in Possession*