**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5615
Facsimile:  (212) 547-5444

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AGERA ENERGY LLC,  et al.,[1] | ) Case No. 19-23802 (RDD) |
| | ) |
| Debtors, | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 24, 2020 AT 2:00 P.M.

Time & Date of Hearing:  February 24, 2020 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors'
proposed notice and claims agent, Stretto, at
http://cases.stretto.com/agera.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

## I.  PRETRIAL CONFERENCE

1.  ***Pretrial Conference.***  Pretrial Conference in *Agera Energy LLC v. Sunwave USA Holdings, Inc. (In re Agera Energy LLC)* (Adv. P. No. 19-08554 (RDD)).

## II.  CONTESTED MATTERS GOING FORWARD

1.  ***Motion for Stay***.  Debtor's Motion for Stay of Adversary Proceeding in *Agera Energy LLC v. Sunwave USA Holdings, Inc. (In re Agera Energy LLC)* (Adv. P. No. 19-08554 (RDD)) [Adv. Docket No. 16].

    Objection Deadline:  February 21, 2019 at 12:00 p.m. (prevailing Eastern Time).

    Related Documents:

    A.    Notice of Hearing on Motion for Stay of Adversary Proceeding [Adv. Docket No. 18].

    Formal Responses Received:  None.

    Status:  This matter is going forward.

2.  ***Motion to Shorten***.  Debtor's Motion to Shorten Time with Respect to Motion for Stay of Adversary Proceeding in *Agera Energy LLC v. Sunwave USA Holdings, Inc. (In re Agera Energy LLC)* (Adv. P. No. 19-08554 (RDD)) [Adv. Docket No. 17].

    Objection Deadline:  February 21, 2019 at 12:00 p.m. (prevailing Eastern Time).

    Related Documents:

    A.    Notice of Hearing on Motion to Shorten Time with Respect to Motion for Stay of Adversary Proceeding [Adv. Docket No. 19].

    Formal Responses Received:  None.

    Status:  This matter is going forward.

Dated: February 21, 2020
      New York, NY

**MCDERMOTT WILL & EMERY LLP**

/s/ *Darren Azman*
Timothy W. Walsh
Darren Azman
Ravi Vohra
340 Madison Avenue
New York, NY 10173
Telephone:  (212) 547-5615
Facsimile:  (212) 547-5444
Email: dazman@mwe.com
       rvohra@mwe.com

*Counsel to the Debtors and
Debtors in Possession*