**McDermott Will & Emery LLP**
Timothy W. Walsh
Darren Azman
Evan Belosa
Ravi Vohra
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AGERA ENERGY LLC,  et al.,[1] | ) Case No. 19-23802 (RDD) |
| | ) |
| Debtors, | ) (Jointly Administered) |
| | ) |

## NOTICE OF CANCELLATION OF OMNIBUS HEARING AND
## PRETRIAL CONFERENCE SCHEDULED FOR FEBRUARY 24, 2020

**PLEASE TAKE NOTICE** that the omnibus hearing and pretrial conference in *Agera*

*Energy LLC v. Sunwave USA Holdings* (Adv. Proc. No. 19-08554) (RDD) scheduled for

**February 24, 2020 at 2:00 p.m.** (prevailing Eastern Time) before the Honorable Robert D.

Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

of New York (the "Court"), 300 Quarropas Street, Courtroom No. 118, White Plains, NY 10601

have been cancelled.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Agera Energy LLC (8122); Agera Holdings, LLC (3335); energy.me midwest llc (9484); Aequitas Energy, Inc. (7988); Utility Recovery LLC (4351); and Agera Solutions LLC (8749).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 555 Pleasantville Road, S-107, Briarcliff Manor, NY 10510.

Dated: February 24, 2020
New York, NY

**McDermott Will & Emery LLP**

/s/ *Darren Azman*
Timothy W. Walsh
Darren Azman
Evan Belosa
Ravi Vohra
340 Madison Avenue
New York, NY 10173
Telephone:  (212) 547-5615
Facsimile:  (212) 547-5444
Email: dazman@mwe.com
         rvohra@mwe.com

*Counsel to the Debtors and
Debtors in Possession*