RIEMER & BRAUNSTEIN LLP
Steven E. Fox, Esq.
Times Square Tower
Seven Times Square, Suite 2506
New York, New York 10036
Tel.: (212) 789-3100
*Attorneys for TFS Energy Solutions LLC d/b/a Tradition Energy*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

AGERA ENERGY LLC,

                Debtor.
---------------------------------------------------------x

Chapter 11
Case No. 19-23802 (RDD)

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that *TFS Energy Solutions LLC d/b/a Tradition Energy*, by and through their undersigned counsel, withdraws the document filed at ECF No. 246.

Dated: New York, New York
       April 21, 2020

Respectfully submitted,

RIEMER & BRAUNSTEIN LLP
*Counsel to TFS Energy Solutions LLC d/b/a Tradition Energy*

By: */s/ Steven E. Fox*
    Steven E. Fox
    Times Square Tower
    Seven Times Square, Suite 2506
    New York, New York 10036
    Tel.: (212) 789-3100

2611547.1